UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

**ORIGINAL**

ALAN RHEINGOLD,  :  08 Civ. 0084 (WCC)
                      Plaintiff,  :

- against -  :  **ORDER**

HARRISON TOWN POLICE  :
DEPARTMENT et al.,  :
                      Defendants.  :

- - - - - - - - - - - - - - - - - - - - X

**CONNER, Senior D.J.:**

        At a conference held on February 15, 2008, plaintiff consented to withdraw the claims against defendant Harrison Town Police Department. Therefore, it is hereby

        ORDERED that the claims against defendant Harrison Town Police Department are dismissed with prejudice.

**SO ORDERED.**

Dated:        White Plains, New York
                 February 15, 2008

                                                        WILLIAM C. CONNER, Sr. U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES MAILED TO COUNSEL OF RECORD for π
AND EMAILED TO Δs COUNSEL