UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ALAN RHEINGOLD,

                Plaintiff,                08 CV 0084 (WCC)

     -against-                  NOTICE OF APPEARANCE

HARRISON TOWN POLICE
DEPARTMENT, HARRISON POLICE
OFFICER, J. PARRELLO,
TOWN/VILLAGE OF HARRISON,
DEBORAH RHEINGOLD, a/k/a
DEBORAH GIERSZEWSKI,

                Defendants.
----------------------------------------------------------X

S I R S :

    **PLEASE TAKE NOTICE**, that Charles Horn of FRIEDMAN, HARFENIST, LANGER & KRAUT hereby appears in the above captioned action as attorneys for the Defendants., Harrison Town Polioce Department, Harrison Police Officer, J. Parello,. and Town/Village of Harrison.

Dated: Lake Success, New York
       May 9, 2008

                              Yours, etc.
                              FRIEDMAN, HARFENIST, LANGER & KRAUT
                              Attorneys for Defendants
                              3000 Marcus Avenue, Suite 2E1
                              Lake Success, New York 11042
                              (516) 775-5800

                              BY:_____
                                    Charles Horn